# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET VIRK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 5:24-cv-02404-AH-DTBx<br><br>*District Judge: Anne Hwang*<br>*Magistrate Judge: David T. Bristow*<br><br>**ORDER OF DISMISSAL [25]** |

1     Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: JANUARY 5, 2026

*/s/ Anne Hwang*

ANNE HWANG
UNITED STATES DISTRICT JUDGE